Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Patrick J. Reed** <br> **Jacqueline N. Reed** <br> *Debtor(s)* | : <br> : <br> : <br> : | Case No. 19−23693−JCM <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** <br> *Movant(s),* | : <br> : <br> : <br> : | Related to Document No. 79 |
| v. <br> **No Respondents** <br> *Respondent(s).* | : <br> : <br> : <br> : <br> : | Hearing Date: 1/21/25 at 02:00 PM |

### ORDER SCHEDULING DATE FOR RESPONSE
### AND HEARING ON MOTION

*AND NOW,* this *The 26th of November, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 79 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  **On or before January 10, 2025**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2)  This *Motion* is scheduled for hearing on **January 21, 2025 at 02:00 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23693-JCM |
| Patrick J. Reed | Chapter 13 |
| Jacqueline N. Reed | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 26, 2024 | Form ID: 300a | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick J. Reed, Jacqueline N. Reed, 6475 2nd Ave, South Park, PA 15129-9523 |
| 15126365 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15138864 | + | Forbes Hospital, 2570 Haymaker Rd, Monroeville, PA 15146-3513 |
| 15126368 | + | Glelsi/key Education R, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Nov 27 2024 00:18:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 27 2024 00:19:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | ^ | MEBN | Nov 27 2024 00:07:07 | Lakeview Loan Servicing, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 00:34:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15126354 | + | Email/Text: bncnotifications@pheaa.org | Nov 27 2024 00:17:00 | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15138850 | ^ | MEBN | Nov 27 2024 00:10:16 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15126355 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 27 2024 00:16:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15126356 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 27 2024 00:16:00 | Bank Of America, N.a., 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15126357 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 27 2024 00:18:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15126358 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:45:23 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15126359 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 27 2024 00:16:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15137105 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 27 2024 00:16:00 | Citizens Bank n.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |

| Record # | | Delivery Method | Timestamp | Recipient |
|---|---|---|---|---|
| 15126360 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15126361 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15126364 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:34:46 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15126362 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 27 2024 00:19:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15130000 | | Email/Text: mrdiscen@discover.com | Nov 27 2024 00:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15126363 | + | Email/Text: mrdiscen@discover.com | Nov 27 2024 00:16:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15212815 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 27 2024 00:18:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15126367 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Nov 27 2024 00:17:00 | Fm/keybank, 121 South 13th Street, Lincoln, NE 68508 |
| 15126366 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 27 2024 00:17:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15126369 | + | Email/Text: bankruptcy@huntington.com | Nov 27 2024 00:19:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15159420 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 27 2024 00:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15126370 | ^ | MEBN | Nov 27 2024 00:07:36 | Jared Galleria, 375 Ghent Rd, Fairlawn, OH 44333-4601 |
| 15126371 | + | Email/Text: BKRMailOPS@weltman.com | Nov 27 2024 00:18:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 15126372 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 27 2024 00:19:00 | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 15126373 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 27 2024 00:16:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15130241 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 27 2024 00:17:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach VA 23452-4262 |
| 15126374 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 27 2024 00:17:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15606546 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 27 2024 00:33:39 | MidFirst Bank, C/O Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15126375 | + | Email/PDF: bankruptcy_prod@navient.com | Nov 27 2024 00:16:27 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15153421 | + | Email/Text: bncnotifications@pheaa.org | Nov 27 2024 00:17:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15166120 | | Email/PDF: bankruptcy_prod@navient.com | Nov 27 2024 00:16:35 | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15126376 | | Email/Text: amieg@stcol.com | Nov 27 2024 00:17:00 | State Collection Servi, Po Box 6250, Madison, WI 53716 |
| 15126377 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:16:19 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15126378 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:34:25 | Syncb/gapdc, Po Box 965005, Orlando, FL 32896-5005 |
| 15126379 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:33:18 | Syncb/jcp, Po Box 965007, Orlando, FL |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: 300a | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 15126380 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:15:56 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| | | | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15126381 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:15:18 | Syncb/sunglass Hut, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15126682 | ^ MEBN | Nov 27 2024 00:13:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15153952 | Email/Text: BNCnotices@dcmservices.com | Nov 27 2024 00:18:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15138159 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 27 2024 00:19:00 | US Department of Education c/o Nelnet,, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 42

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIZENS BANK, N.A. |
| cr | | MidFirst Bank |
| 15138849 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15138851 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15138852 | *+ | Bank Of America, N.a., 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15138853 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15138854 | *+ | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15138855 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15138856 | *+ | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15138857 | *+ | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15138860 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15138858 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15138859 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15138863 | *P++ | FIRSTMARK SERVICES, 121 S 13TH STREET STE 201, LINCOLN NE 68508-1911, address filed with court:, Fm/keybank, 121 South 13th Street, Lincoln, NE 68508 |
| 15138861 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15138862 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15138865 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15138866 | *+ | Jared Galleria, 375 Ghent Rd, Fairlawn, OH 44333-4601 |
| 15138867 | *+ | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 15138868 | *+ | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 15138869 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15138870 | *+ | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15138871 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15138872 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Servi, Po Box 6250, Madison, WI 53716 |
| 15138873 | *+ | Syncb/gapdc, Po Box 965005, Orlando, FL 32896-5005 |
| 15138874 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15138875 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15138876 | *+ | Syncb/sunglass Hut, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15156298 | ##+ | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |

TOTAL: 2 Undeliverable, 26 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2024        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MidFirst Bank blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Garry Alan Masterson | on behalf of Creditor CITIZENS BANK N.A. pitecf@weltman.com, gmasterson@weltman.com |
| Lawrence Willis | on behalf of Debtor Patrick J. Reed ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Joint Debtor Jacqueline N. Reed ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor Lakeview Loan Servicing LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 8