# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  PATRICK J REED<br>JACQUELINE N REED<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  PATRICK J REED<br>JACQUELINE N REED<br><br>      Respondents | Case No. 19-23693JCM<br><br>Chapter 13<br><br>Document No. 87 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___16th___ day of December, 20 24, it is hereby ORDERED, ADJUDGED, and DECREED that,

Eastern Seals Western & Central Pa
Attn: Payroll Manager
875 Greentree Rd
Building #6 Suite 150
Pittsburgh, PA 15220

is hereby ordered to immediately terminate the attachment of the wages of JACQUELINE N REED, social security number XXX-XX-9711. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JACQUELINE N REED.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____jlm
JOHN C. MELARAGNO
UNITED STATES BANKRUPTCY JUDGE

SIGNED
12/16/24 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23693-JCM |
| Patrick J. Reed | Chapter 13 |
| Jacqueline N. Reed | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Jacqueline N. Reed, 6475 2nd Ave, South Park, PA 15129-9523 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2024 at the address(es) listed below:

**Name**            **Email Address**

Brent J. Lemon
    on behalf of Creditor MidFirst Bank blemon@kmllawgroup.com  lemondropper75@hotmail.com

Daniel Philip Jones
    on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise Carlon
    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com

Garry Alan Masterson
    on behalf of Creditor CITIZENS BANK  N.A. pitecf@weltman.com, gmasterson@weltman.com

Lawrence Willis
    on behalf of Debtor Patrick J. Reed ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence Willis

District/off: 0315-2     User: auto     Page 2 of 2

Date Rcvd: Dec 16, 2024     Form ID: pdf900     Total Noticed: 1

on behalf of Joint Debtor Jacqueline N. Reed ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Steven P Kelly
on behalf of Creditor Lakeview Loan Servicing LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

TOTAL: 9