Certificate Number: 05781-PAW-DE-039216309

Bankruptcy Case Number: 19-23693



05781-PAW-DE-039216309

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 6, 2025, at 7:42 o'clock PM PST, Jacqueline Reed completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  January 6, 2025    By:   /s/Allison M Geving

Name:  Allison M Geving

Title:  President