**IN THE UNITED STATES BANKRUPTCY COURT**
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case Number 19-23693-JCM |
| | : | |
| Patrick J. Reed and | : | Chapter 13 |
| Jacqueline N. Reed, | : | |
|     Debtors | : | |
| | : | |
| Patrick J. Reed and | : | |
| Jacqueline N. Reed, | : | |
|     Movants | : | |
| | : | |
| v. | : | |
| Ronda J. Winnecour, | : | |
| Ch. 13 Trustee | : | |
|     Respondent | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On January 7, 2025 at docket numbers 90 and 91, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: January 7, 2025          By:     /s/ Lawrence Willis
                                                             Lawrence W Willis, Esquire
                                                             PA I.D. # 85299
                                                             Willis & Associates
                                                             201 Penn Center Blvd
                                                             Pittsburgh, PA 15235
                                                             Tel: 412.235.1721
                                                             Fax: 412.542.1704
                                                             Email: lawrencew@urfreshstrt.com
                                                             Attorney for Debtors

**PAWB Local Form 24 (07/13)**