Certificate Number: 05781-PAW-DE-039216308

Bankruptcy Case Number: 19-23693



05781-PAW-DE-039216308

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 6, 2025, at 7:42 o'clock PM PST, Patrick Reed completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    January 6, 2025                By:    /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title: President