**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Patrick J. Reed<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1872<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jacqueline N. Reed<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9711<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:  19–23693–JCM

## Order of Discharge                                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patrick J. Reed                                                    Jacqueline N. Reed

<u>1/13/25</u>                                                            **By the court:** <u>John C Melaragno</u>
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                            **Chapter 13 Discharge**                            page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23693-JCM |
| Patrick J. Reed | Chapter 13 |
| Jacqueline N. Reed | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 13, 2025 | Form ID: 3180W | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick J. Reed, Jacqueline N. Reed, 6475 2nd Ave, South Park, PA 15129-9523 |
| 15126365 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15138864 | + | Forbes Hospital, 2570 Haymaker Rd, Monroeville, PA 15146-3513 |
| 15126368 | + | Glelsi/key Education R, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 14 2025 04:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 14 2025 04:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 00:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jan 14 2025 00:10:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 14 2025 00:11:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | ^ | MEBN | Jan 14 2025 00:07:40 | Lakeview Loan Servicing, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | EDI: PRA.COM | Jan 14 2025 04:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15126354 | + | Email/Text: bncnotifications@pheaa.org | Jan 14 2025 00:10:00 | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15138850 | ^ | MEBN | Jan 14 2025 00:09:04 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |

Case 19-23693-JCM    Doc 98    Filed 01/15/25    Entered 01/16/25 00:41:24    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jan 13, 2025 | Form ID: 3180W | Total Noticed: 48 |

| Recipient # | Method | Date/Time | Name and Address |
| --- | --- | --- | --- |
| 15126355 | + EDI: GMACFS.COM | Jan 14 2025 04:57:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15126356 | + EDI: BANKAMER | Jan 14 2025 04:57:00 | Bank Of America, N.a., 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15126357 | + EDI: TSYS2 | Jan 14 2025 04:57:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15126358 | + EDI: CITICORP | Jan 14 2025 04:57:00 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15126359 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 14 2025 00:09:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15137105 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 14 2025 00:09:00 | Citizens Bank n.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15126360 | + EDI: WFNNB.COM | Jan 14 2025 04:57:00 | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15126361 | + EDI: WFNNB.COM | Jan 14 2025 04:57:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15126364 | EDI: CITICORP | Jan 14 2025 04:57:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15126362 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2025 00:11:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15130000 | EDI: DISCOVER | Jan 14 2025 04:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15126363 | + EDI: DISCOVER | Jan 14 2025 04:57:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15212815 | Email/Text: ECMCBKNotices@ecmc.org | Jan 14 2025 00:10:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15126367 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jan 14 2025 00:09:00 | Fm/keybank, 121 South 13th Street, Lincoln, NE 68508 |
| 15126366 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 14 2025 00:10:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15126369 | + Email/Text: bankruptcy@huntington.com | Jan 14 2025 00:11:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15159420 | EDI: JEFFERSONCAP.COM | Jan 14 2025 04:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15126370 | ^ MEBN | Jan 14 2025 00:08:22 | Jared Galleria, 375 Ghent Rd, Fairlawn, OH 44333-4601 |
| 15126371 | + Email/Text: BKRMailOPS@weltman.com | Jan 14 2025 00:10:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 15126372 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 14 2025 00:11:00 | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 15126373 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 14 2025 00:09:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15130241 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 14 2025 00:10:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach VA 23452-4262 |
| 15126374 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 14 2025 00:10:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15606546 | + EDI: AISMIDFIRST | Jan 14 2025 04:57:00 | MidFirst Bank, C/O Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15126375 | + Email/PDF: bankruptcy_prod@navient.com | Jan 14 2025 00:32:49 | Navient, Po Box 9655, Wilkes Barre, PA |

Case 19-23693-JCM   Doc 98   Filed 01/15/25   Entered 01/16/25 00:41:24   Desc Imaged
                          Certificate of Notice      Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: 3180W | Total Noticed: 48 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 18773-9655 |
| 15153421 | + | Email/Text: bncnotifications@pheaa.org | Jan 14 2025 00:10:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15166120 | | Email/PDF: bankruptcy_prod@navient.com | Jan 14 2025 00:43:09 | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15126376 | | Email/Text: amieg@stcol.com | Jan 14 2025 00:09:00 | State Collection Servi, Po Box 6250, Madison, WI 53716 |
| 15126377 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15126378 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Syncb/gapdc, Po Box 965005, Orlando, FL 32896-5005 |
| 15126379 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15126380 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15126381 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Syncb/sunglass Hut, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15126682 | ^ | MEBN | Jan 14 2025 00:07:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15153952 | | Email/Text: BNCnotices@dcmservices.com | Jan 14 2025 00:10:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15138159 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2025 00:11:00 | US Department of Education c/o Nelnet,, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIZENS BANK, N.A. |
| cr | | MidFirst Bank |
| 15138849 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15138851 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15138852 | *+ | Bank Of America, N.a., 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15138853 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15138854 | *+ | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15138855 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15138856 | *+ | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15138857 | *+ | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15138860 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15138858 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15138859 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15138863 | *P++ | FIRSTMARK SERVICES, 121 S 13TH STREET STE 201, LINCOLN NE 68508-1911, address filed with court:, Fm/keybank, 121 South 13th Street, Lincoln, NE 68508 |
| 15138861 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15138862 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15138865 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15138866 | *+ | Jared Galleria, 375 Ghent Rd, Fairlawn, OH 44333-4601 |
| 15138867 | *+ | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 15138868 | *+ | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 15138869 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15138870 | *+ | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15138871 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: 3180W | Total Noticed: 48 |

| | | |
|---|---|---|
| 15138872 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Servi, Po Box 6250, Madison, WI 53716 |
| 15138873 | *+ | Syncb/gapdc, Po Box 965005, Orlando, FL 32896-5005 |
| 15138874 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15138875 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15138876 | *+ | Syncb/sunglass Hut, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15156298 | ##+ | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |

TOTAL: 2 Undeliverable, 26 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MidFirst Bank blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor CITIZENS BANK  N.A. pitecf@weltman.com, gmasterson@weltman.com |
| Lawrence Willis | on behalf of Debtor Patrick J. Reed ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Joint Debtor Jacqueline N. Reed ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor Lakeview Loan Servicing  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 9