# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PATRICK J REED
JACQUELINE N REED
  Debtor(s)

Ronda J. Winnecour
  Movant
  vs.
No Repondents.

Case No.: 19-23693

Chapter 13

Document No.: 79

## ORDER OF COURT

AND NOW, this __13th__ day of __January__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court

SIGNED
1/13/25 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-23693-JCM
Patrick J. Reed     Chapter 13
Jacqueline N. Reed
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4
Date Rcvd: Jan 13, 2025    Form ID: pdf900    Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick J. Reed, Jacqueline N. Reed, 6475 2nd Ave, South Park, PA 15129-9523 |
| 15126365 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15138864 | + | Forbes Hospital, 2570 Haymaker Rd, Monroeville, PA 15146-3513 |
| 15126368 | + | Glelsi/key Education R, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jan 14 2025 00:11:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 14 2025 00:11:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | ^ | MEBN | Jan 14 2025 00:07:41 | Lakeview Loan Servicing, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2025 00:32:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15126354 | + | Email/Text: bncnotifications@pheaa.org | Jan 14 2025 00:10:00 | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15138850 | ^ | MEBN | Jan 14 2025 00:08:57 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15126355 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 14 2025 00:09:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15126356 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 14 2025 00:09:00 | Bank Of America, N.a., 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15126357 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 14 2025 00:10:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15126358 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2025 00:22:08 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15126359 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 14 2025 00:09:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15137105 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 14 2025 00:09:00 | Citizens Bank n.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |

Case 19-23693-JCM    Doc 99    Filed 01/15/25    Entered 01/16/25 00:41:24    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 4 |
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 46 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15126360 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 14 2025 00:10:00 | | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15126361 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 14 2025 00:10:00 | | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15126364 | | Email/PDF: Citi.BNC.Correspondence@citi.com Jan 14 2025 00:20:50 | | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15126362 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov Jan 14 2025 00:11:00 | | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15130000 | | Email/Text: mrdiscen@discover.com Jan 14 2025 00:09:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15126363 | + | Email/Text: mrdiscen@discover.com Jan 14 2025 00:09:00 | | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15212815 | | Email/Text: ECMCBKNotices@ecmc.org Jan 14 2025 00:10:00 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15126367 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com Jan 14 2025 00:09:00 | | Fm/keybank, 121 South 13th Street, Lincoln, NE 68508 |
| 15126366 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com Jan 14 2025 00:10:00 | | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15126369 | + | Email/Text: bankruptcy@huntington.com Jan 14 2025 00:11:00 | | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15159420 | | Email/Text: JCAP_BNC_Notices@jcap.com Jan 14 2025 00:11:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15126370 | ^ | MEBN Jan 14 2025 00:08:23 | | Jared Galleria, 375 Ghent Rd, Fairlawn, OH 44333-4601 |
| 15126371 | + | Email/Text: BKRMailOPS@weltman.com Jan 14 2025 00:10:00 | | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 15126372 | + | Email/Text: key_bankruptcy_ebnc@keybank.com Jan 14 2025 00:11:00 | | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 15126373 | + | Email/Text: PBNCNotifications@peritusservices.com Jan 14 2025 00:09:00 | | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15130241 | + | Email/Text: LC-Bankruptcy-RF@loancare.net Jan 14 2025 00:10:00 | | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach VA 23452-4262 |
| 15126374 | + | Email/Text: LC-Bankruptcy-RF@loancare.net Jan 14 2025 00:10:00 | | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15606546 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com Jan 14 2025 00:21:54 | | MidFirst Bank, C/O Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15126375 | + | Email/PDF: bankruptcy_prod@navient.com Jan 14 2025 00:20:50 | | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15153421 | + | Email/Text: bncnotifications@pheaa.org Jan 14 2025 00:10:00 | | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15166120 | | Email/PDF: bankruptcy_prod@navient.com Jan 14 2025 00:43:03 | | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15126376 | | Email/Text: amieg@stcol.com Jan 14 2025 00:09:00 | | State Collection Servi, Po Box 6250, Madison, WI 53716 |
| 15126377 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 14 2025 00:32:29 | | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 15126378 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 14 2025 00:32:41 | | Syncb/gapdc, Po Box 965005, Orlando, FL 32896-5005 |
| 15126379 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 14 2025 00:22:06 | | Syncb/jcp, Po Box 965007, Orlando, FL |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | | 32896-5007 |
| 15126380 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 01:33:05 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15126381 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:21:47 | Syncb/sunglass Hut, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15126682 | ^ | MEBN | Jan 14 2025 00:07:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15153952 | | Email/Text: BNCnotices@dcmservices.com | Jan 14 2025 00:10:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15138159 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2025 00:11:00 | US Department of Education c/o Nelnet,, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CITIZENS BANK, N.A. |
| cr | | MidFirst Bank |
| 15138849 | *+ | Aes/pnc Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 15138851 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15138852 | *+ | Bank Of America, N.a., 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 15138853 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15138854 | *+ | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15138855 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15138856 | *+ | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 15138857 | *+ | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15138860 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 15138858 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15138859 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15138863 | *P++ | FIRSTMARK SERVICES, 121 S 13TH STREET STE 201, LINCOLN NE 68508-1911, address filed with court:, Fm/keybank, 121 South 13th Street, Lincoln, NE 68508 |
| 15138861 | *+ | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 15138862 | *+ | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 15138865 | *+ | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 15138866 | *+ | Jared Galleria, 375 Ghent Rd, Fairlawn, OH 44333-4601 |
| 15138867 | *+ | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 15138868 | *+ | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 15138869 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15138870 | *+ | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15138871 | *+ | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 15138872 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Servi, Po Box 6250, Madison, WI 53716 |
| 15138873 | *+ | Syncb/gapdc, Po Box 965005, Orlando, FL 32896-5005 |
| 15138874 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15138875 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15138876 | *+ | Syncb/sunglass Hut, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15156298 | ##+ | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Fort Lauderdale, FL 33334-3662 |

TOTAL: 2 Undeliverable, 26 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brent J. Lemon | on behalf of Creditor MidFirst Bank blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Daniel Philip Jones | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor CITIZENS BANK  N.A. pitecf@weltman.com, gmasterson@weltman.com |
| Lawrence Willis | on behalf of Debtor Patrick J. Reed ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Joint Debtor Jacqueline N. Reed ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven P Kelly | on behalf of Creditor Lakeview Loan Servicing  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 9