**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PATRICK J REED<br>JACQUELINE N REED<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Repondents. | Case No.:19-23693<br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 09/20/2019  and confirmed on 11/18/2019 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 103,405.00 |
| Less Refunds to Debtor | 3,459.78 | |
| TOTAL AMOUNT OF PLAN FUND | | 99,945.22 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,100.00 | |
| 　Trustee Fee | 5,153.54 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,253.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　MIDFIRST BANK | 0.00 | 46,795.02 | 0.00 | 46,795.02 |
| 　　Acct: 9914 | | | | |
| 　MIDFIRST BANK | 1,184.57 | 1,184.57 | 0.00 | 1,184.57 |
| 　　Acct: 9914 | | | | |
| 　CITIZENS BANK NA | 21,046.71 | 21,046.71 | 2,568.97 | 23,615.68 |
| 　　Acct: 1941 | | | | |
| 　KEYBANK NA** | 11,272.08 | 11,272.08 | 1,427.09 | 12,699.17 |
| 　　Acct: 2887 | | | | |
| | | | | 84,294.44 |
| **Priority** | | | | |
| 　LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　PATRICK J REED | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　PATRICK J REED | 1,524.78 | 1,524.78 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　PATRICK J REED | 387.00 | 387.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   PATRICK J REED | 1,161.00 | 1,161.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATRICK J REED | 387.00 | 387.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,100.00 | 3,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   ECMC(\*) | 13,038.90 | 1,163.02 | 0.00 | 1,163.02 |
|     Acct: 9711 | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLY FINANCIAL(\*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3472 | | | | |
|   BANK OF AMERICA\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1617 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7991 | | | | |
|   BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9454 | | | | |
|   COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0203 | | | | |
|   COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6122 | | | | |
|   US DEPARTMENT OF EDUCATION | 17,005.55 | 1,516.84 | 0.00 | 1,516.84 |
|     Acct: 9711 | | | | |
|   DISCOVER BANK(\*) | 10,700.17 | 954.42 | 0.00 | 954.42 |
|     Acct: 1182 | | | | |
|   DEPARTMENT STORES NATIONAL BANK/l | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9073 | | | | |
|   FED LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|   FIRST NATIONAL BANK OF PA(\*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0316 | | | | |
|   KEYBANK NA\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7430 | | | | |
|   FORBES HOSPITAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HUNTINGTON NATIONAL BANK(\*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9734 | | | | |
|   JARED | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1858 | | | | |
|   KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8019 | | | | |
|   KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8941 | | | | |
|   SLM BANK | 1,059.08 | 94.47 | 0.00 | 94.47 |
|     Acct: 9711 | | | | |
|   SLM BANK | 551.93 | 49.23 | 0.00 | 49.23 |
|     Acct: 9711 | | | | |
|   STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7833 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC\* | 4,161.69 | 371.21 | 0.00 | 371.21 |
|     Acct: 3732 | | | | |
|   SYNCHRONY BANK\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2994 | | | | |

| 19-23693 | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 528.17 | 47.11 | 0.00 | 47.11 |
| Acct: 0008 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3932 | | | | |
| UPMC HEALTH SERVICES | 620.30 | 55.33 | 0.00 | 55.33 |
| Acct: 9711 | | | | |
| PNC BANK | 35,266.06 | 3,145.61 | 0.00 | 3,145.61 |
| Acct: 9711 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0008 | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 7,397.24 |

| TOTAL PAID TO CREDITORS | 91,691.68 |
|---|---|

TOTAL CLAIMED
PRIORITY           0.00
SECURED         33,503.36
UNSECURED       82,931.85

Date: 03/11/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com